VOTE-BERGER COMPANY, Appellant, vs. CARTER-WABENO
TELEPHONE COMPANY, Respondent.

*October 10—October 29, 1912.*

*Bills and notes: Payment: Findings of fact: Evidence.*

A finding by the trial court that a promissory note, which had been
returned to the maker marked "paid," had in fact been paid, is
*held* to be sustained by the evidence.

APPEAL from a judgment of the circuit court for Forest
county: JOHN GOODLAND, Circuit Judge. *Affirmed.*

Action to recover on a promissory note which, by inad-
vertence, as alleged, had been canceled and returned to the
maker as paid, contrary to the facts. The defendant, by an-
swer, insisted that the note was duly paid and canceled ac-
cording to a memorandum thereon.

The evidence was to the effect that the note was given by
defendant December 1, 1908, and returned to the maker
March 12, 1909. The memorandum on the paper was as
follows: "Paid. *Vote-Berger Company* by C. S. Boley."
Mr. Boley was the bookkeeper, cashier, and auditor for
plaintiff and possessed authority to receive payment on the
note and cancel it. He returned it by mail, with a letter
calling attention thereto, as canceled. There was conflicting
testimony, independent of the circumstances aforesaid, re-
specting payment of the note.

The trial was by the court and resulted in findings in favor
of defendant. Judgment was rendered accordingly.

The cause was submitted for the appellant on the brief of
*Mills Tourtellotte* and *W. A. Wescott,* and for the respondent
on that of *John F. Hooper.*

MARSHALL, J. The sole complaint by appellant is that the
findings are not warranted by the evidence. The case is pre-

sented in anticipation of this court carefully weighing such evidence and noting, efficiently, preponderating weight without regard to the persuasive effect of the trial opinion.    This court has no very nicely balanced scale with which to weigh evidence.    Such are afforded only in trial jurisdictions.    It follows that great weight in favor of findings of fact made there must be accorded thereto and reasonable doubts resolved in favor thereof.    Unless the evidence so strongly preponderates against the same as to indicate, clearly, that they are wrong notwithstanding the presumption in their favor, they cannot be disturbed.    Tested thereby, we are constrained to hold that the findings here give the correct state of the case.

*By the Court.*—Judgment affirmed.